## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

RICHARD MCCLAIN,

    *Plaintiff,*

v.                                      CASE NO.: 8:22-cv-1990-CEH-MRM

TRANSPORTATION MEDIA, INC.,

    *Defendant.*
_____/

## PLAINTIFF'S REPLY TO DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES

COMES NOW, Plaintiff RICHARD MCCLAIN ("Plaintiff"), by and through their undersigned counsel, and reply to Defendant TRANSPORTATION MEDIA, INC.'s Affirmative Defenses raised in their Answer to Plaintiff's Complaint, by denying each and every allegation contained therein and demanding strict proof thereof.

DATED: 9/11/2022                        Respectfully submitted,

                                                            **THE COCHRAN FIRM ORLANDO**

                                                             */s/ Michael G. Mann, Esq.*
                                                             MICHAEL G. MANN, ESQ.
                                                             Fla. Bar No.: 1020249
                                                             605 East Robinson Street, Suite 140
                                                             Orlando, Florida 32801
                                                             T: (407) 271-8590
                                                             F: (407) 271-8059
                                                             MMann@cochranfirmorlando.com
                                                             MPolicard@cochranfirmorlando.com
                                                             ***Attorney for Plaintiff.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been e-filed and e-served through the Florida Courts E-Filing Portal, this September 11, 2022, to all parties on the attached service list.

**RIEMENSCHNEIDER, WATTWOOD & DeROSIER, P.A.**
MICHAEL R. RIEMENSCHNEIDER
JEFFREY L. DeROSIER
175 E NASA Boulevard, Suite 303
Melbourne, FL 32901
(321) 728-2800
MikeR@orwlaw.com
JeffD@orwlaw.com
GinnyC@orwlaw.com
*Local Counsel for Defendant.*

**ACKER & ASSOCIATES, P.C.**
RANDAL B. ACKER
525 SW Jackson St
Portland, OR 97201
(503) 288-2495
Acker@ackerlaw.com
*Out-Of-State Counsel for Defendant.*

                                          */s/ Michael G. Mann, Esq.*
                                          MICHAEL G. MANN, ESQ.